BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. S-08-CR-500 EJG |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| DONALD WOODWORTH PARKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Based upon the entry of plea entered into between plaintiff United States of America and defendant Donald Woodworth Parker, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 16 U.S.C. § 470gg(b) and 28 U.S.C. § 2461(c), defendant Donald Woodworth Parker's interest in the following archaeological resources shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.  4 worked stone tools, one piece quartz (4 pieces total),
    b.  Riker Mounts with artifacts (20 pieces total),
    C.  2 Riker Mounts with points and flakes (22 pieces total),
    d.  Obsidian chunk with flakes (4 pieces total),
    E.  Box of obsidian hand tools and flakes (65 pieces total), and

1              f.  Assorted lithic flakes in small can, pie tin, plastic
                   tub (50 pieces total).
2
3       2.  The above-listed property constitutes archaeological
4  resources which were used in connection with a violation of 16
5  U.S.C. § 470ee(a), (b), and (d).
6       3.  Pursuant to Rule 32.2(b), the Attorney General (or a
7  designee) shall be authorized to seize the above-listed property.
8  The aforementioned property shall be seized and held by the United
9  States Bureau of Land Management, in its secure custody and control.
10      4.  a.  Pursuant to 28 U.S.C. § 2461(c), incorporating 21
11 U.S.C. § 853(n), and Local Rule 171, the United States shall publish
12 notice of the order of forfeiture.  Notice of this Order and notice
13 of the Attorney General's (or a designee's) intent to dispose of the
14 property in such manner as the Attorney General may direct shall be
15 posted for at least 30 consecutive days on the official internet
16 government forfeiture site www.forfeiture.gov.  The United States
17 may also, to the extent practicable, provide direct written notice
18 to any person known to have alleged an interest in the property that
19 is the subject of the order of forfeiture as a substitute for
20 published notice as to those persons so notified.
21          b.  This notice shall state that any person, other than
22 the defendant, asserting a legal interest in the above-listed
23 property, must file a petition with the Court within sixty (60) days
24 from the first day of publication of the Notice of Forfeiture posted
25 on the official government forfeiture site, or within thirty (30)
26 days from receipt of direct written notice, whichever is earlier.
27      5.  If a petition is timely filed, upon adjudication of all
28 third-party interests, if any, this Court will enter a Final Order

of Forfeiture pursuant to 16 U.S.C. § 470gg(b) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

SO ORDERED this <u>9th</u> day of May, 2011.

<u>/s/ Edward J. Garcia</u>
EDWARD J. GARCIA
United States District Judge