UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM AND ORDER

**FILED**
MAY 25 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE:  **Donald Woodworth PARKER**
Docket Number:  2:08CR00500-01
**CONTINUANCE OF JUDGMENT
AND SENTENCING**

C/EJG

Your Honor:

Per agreement with both counsel, it is respectfully requested that sentencing in the above-referenced case be continued from June 24, 2011, to July 22, 2011 at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Defense counsel has been on medical leave until recently, and the defendant has yet to be interviewed by the probation officer (an interview is scheduled for May 31, 2011, at 3:30 pm). The case is also fairly complicated and requires additional time for discovery review and investigation.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

RICHARD W. ELKINS
Senior United States Probation Officer

REVIEWED BY: _____
LINDA L. ALGER
Supervising United States Probation Officer

Dated:   May 25, 2011
         Sacramento, California
         RWE/tau

1

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

RE: Donald Woodworth PARKER
Docket Number: 2:08CR00500-01
**CONTINUANCE OF JUDGMENT AND SENTENCING**

Attachment

cc: Clerk, United States District Court
Samuel Wong, Assistant United States Attorney
W. Bradley Holmes, Defense Counsel
Probation Office Calendar clerk

✓ Approved

_____  5/24/11
EDWARD J. GARCIA
Senior United States District Judge     Date

___ Disapproved

2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number: 2:08CR00500-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **Donald Woodworth PARKER** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | July 22, 2011 @10:00 a.m. |
| Reply, or Statement of Non-Opposition: | July 15, 2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | July 8, 2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | July 1, 2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | June 24, 2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | June 10, 2011 |